# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Heather Sue Bechtel  
                Debtor(s)

BK NO. 22-02366 HWV

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nations Direct Mortgage, LLC and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Michael Farrington*  
Michael Farrington  
10 Jan 2023, 09:46:07, EST

                KML Law Group, P.C.  
                BNY Mellon Independence Center  
                701 Market Street, Suite 5000  
                Philadelphia, PA  19106  
                215-627-1322